482 A.2d 1273

**Janet BEM**

v.

**August BEM, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 24, 1984.

Decided Nov. 5, 1984.

Bernard E. Zbrzeznj, Philadelphia, Marvin Wilenzik, Norristown, for appellant.

Myron H. Deutsch, Philadelphia, Thomas J. Sibert, Ebensburg, Dale G. Larrimore, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM.

Order affirmed.

NIX, C.J., and McDERMOTT, J., did not participate in the decision of this case.